NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALFRED PROCOPIO, JR.,**
*Claimant-Appellant*

v.

**DAVID J. SHULKIN, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2017-1821

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 15-4082, Judge Coral Wong Pietsch.

---

**ON PETITION FOR HEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, and STOLL, *Circuit Judges*.[*]

PER CURIAM.

**O R D E R**

Appellant Alfred Procopio, Jr. filed a petition for hearing en banc. A response to the petition was invited by the court and filed by appellee David J. Shulkin, Secretary of Veterans Affairs. The petition and response were referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for initial hearing en banc is denied.

FOR THE COURT

| | |
|---|---|
| June 12, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |

---

\* Circuit Judge Hughes did not participate.